In THE MATTER OF THE ES-
TATE OF DOMINIQUE LABROSSE,
DECEASED (HENRY BERTHELET,
PETITIONER).

JOURNAL ENTRIES (1833): *Journal 4:* (1) Notice
of petition ordered published *p. 540. *Journal 5:*
(2) License to convey *p. 14.
PAPERS IN FILE: (1) Petition; (2) proof of publica-
tion; (3) affidavit of John R. Williams.
*1824–36 Calendar,* MS p. 225.

TANDY K. BROWN AND
ASHER S. KELLOGG *versus* JOHN
HENDREE, REYNOLD GILLET,
HENRY K. AVERY, AND SHUBAEL
CONANT.

JOURNAL ENTRIES (1833–34): *Journal 5:* (1) Mo-
tion to dissolve injunction *p. 1; (2) motion for
additional security *p. 3; (3) death suggested,
exceptions to answer referred to master *p. 15;
(4) motion to dissolve injunction *p. 23; (5)
motion for additional security overruled, mo-
tion to dissolve argued, submitted *p. 31; (6)
injunction dissolved, bill dismissed *p. 35.
PAPERS IN FILE: (1) Bill of complaint; (2) order
for injunction; (3) bond for injunction; (4) writ
of injunction and return; (5) precipe for sub-
poena; (6) writ of subpoena and return; (7)
answer of Reynold Gillet; (8) answer of John
Hendree; (9) motion to dissolve injunction; (10)
motion for additional security; (11) exceptions
to answer; (12) copy of rule of reference; (13)
draft of decree; (14) memo. re dissolution of
injunction.
*Chancery Case* 156 of 1833.

TANDY K. BROWN *versus*
ASHER S. KELLOGG, SHUBAEL
CONANT, AUGUSTUS S. PORTER,
AND GEORGE S. FAKE.

JOURNAL ENTRIES (1833–34): *Journal 5:* (1) Mo-
tion for injunction *p. 1; (2) injunction denied
*p. 2; (3) demurrer argued, submitted *p. 31;
(4) demurrer sustained, demurrer overruled
*p. 36.
PAPERS IN FILE: (1) Bill of complaint; (2) precipe
for subpoena; (3) writ of subpoena and return;
(4) answer of Asher S. Kellogg; (5) motion for
injunction; (6) affidavit for injunction; (7)
demurrer of Shubael Conant to bill of com-
plaint; (8) demurrer of George S. Fake and
Augustus S. Porter to bill of complaint.
*Chancery Case* 158 of 1833.